# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

Nadine L. Wold,

        Plaintiff,                 Civil No. 10-839 (RHK/RLE)

vs.                                **ORDER**

Hartford Life and Accident Insurance
Company,

        Defendant.

---

This matter is venued in the Sixth Division.

All proceedings before the undersigned (motions, trial, etc.) will be held in the United States Courthouse in Fergus Falls, Minnesota, unless otherwise directed by the Court.

Dated: March 19, 2010

                                                  s/Richard H. Kyle
                                                  RICHARD H. KYLE
                                                  United States District Judge